**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road,
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:  Mark E. Belland, Esquire
     Jeffrey R. Caccese, Esquire
     Lark N. Bedrick, Esquire

| | |
|---|---|
| **UFCW LOCAL 152 RETAIL MEAT PENSION FUND; and BRIAN STRING,** as Trustee and Fiduciary for UFCW Local 152 Retail Meat Pension Fund<br><br>*Plaintiffs,*<br><br>vs.<br><br>**EATMOR MARKET**<br><br>*Defendant(s)* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 11-4697 (RBK-KMW)<br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on plaintiffs' request for default judgment,

IT IS on this ___18th___ day of ___June___, 2012;

**ORDERED and ADJUDGED** that Plaintiff, United Food and Commercial Workers Union Local 152 Retail Meat Pension Fund, recover of Defendant Eatmor Market, the sum of **$17,538.11** which is inclusive of interest, liquidated damages, attorney's fees, and case costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
ROBERT B. KUGLER, U. S. D. J.